1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTHEIA TAYLOR, | NO. EDCV 11-00189-MMM (MAN) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS |
| SAN BERNARDINO COUNTY DEPUTY, SHERIFFS KOCISKI, DEL ROSE, FICNAL, AND ANT, | AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the motion for judgment on the pleadings and request for judicial notice filed by defendants John Facio and Michelle Del Rio ("Motion"), plaintiff's Opposition to the Motion, all of the filings and records herein, the Report and Recommendation of United States Magistrate Judge filed on November 29, 2012 ("Report"), and plaintiff's Objections to the Report filed on December 19, 2012. The Court has conducted a *de novo* review of those portions of the Report to which objections have been stated in writing. The Court accepts the findings and recommendations set forth in the Report.

IT IS ORDERED that: (1) the Motion is granted pursuant to Rule 12(c) of the Federal Rules of Civil Procedure; and (2) Judgment shall enter dismissing this action with prejudice.

IT IS SO ORDERED.

DATED: *January 14, 2013*.

*Margaret M. Morrow*
_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE