UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTHEIA TAYLOR, | ) NO. EDCV 11-00189-MMM (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| SAN BERNARDINO COUNTY DEPUTY SHERIFFS KOCISKI, DEL ROSE, FICNAL, AND ANT, | ) |
| Defendants. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 14, 2013

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE